# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Consolidated Glass Holdings, Inc., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 21-11026 (BLS)<br>(Jointly Administered)<br><br>**Re: D.I. 90** |
| Alfred T. Giuliano, solely in his capacity as the Chapter 7 Trustee of the estate of Consolidated Glass Holdings, Inc., *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Cigna Health and Life Insurance Company,<br><br>　　　　　Defendant. | Adv. Proc. No. 23-50439 (BLS)<br><br>**Re: Adv. D.I. 5** |

## CERTIFICATE OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S MOTION FOR AN ORDER APPROVING SETTLEMENT OF AVOIDANCE ACTION PURSUANT TO FED. R. BANKR. P. 9019

On December 18, 2023, Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the bankruptcy estate of the above-captioned debtors, filed the *Chapter 7 Trustee's Motion for an Order Approving Settlement of Avoidance Action Pursuant to Fed. R. Bankr. P. 9019* [Main Case D.I. 90; Adv. Proc. D.I. 5] (the "Motion").

Pursuant to the Notice filed with the Motion, objections to the Motion were to be filed and served no later than January 5, 2024 at 4:00 p.m. (ET). The undersigned hereby certifies, as of the

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Consolidated Glass Holdings, Inc. (3265); Columbia Commercial Building Products Acquisition LLC (1463); J.E. Berkowitz L.P. (0715); and Shaw Glass Holdings, LLC (3670).

date hereof, he has received no formal or informal objections to the Motion. The undersigned further certifies he has caused the review of the Court's docket in the lead case and in the adversary proceeding, and no objection or other response to the Motion appears thereon.

    WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order in the form attached to the Application.

| | |
|---|---|
| Dated: January 8, 2024 | CHIPMAN BROWN CICERO & COLE, LLP |
| | |
| | */s/ Bryan J. Hall* |
| | David W. Carickhoff (No. 3715) |
| | Alan M. Root (No. 5427) |
| | Bryan J. Hall (No. 6285) |
| | Hercules Plaza |
| | 1313 N. Market Street, Suite 5400 |
| | Wilmington, Delaware 19801 |
| | (302) 295-0191 |
| | (302) 295-0199 (fax) |
| | carickhoff@chipmanbrown.com |
| | root@chipmanbrown.com |
| | hall@chipmanbrown.com |
| | |
| | *Counsel to the Chapter 7 Trustee* |